473 A.2d 572

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Jeffrey DENNIS, Petitioner.**

Supreme Court of Pennsylvania.

April 3, 1984.

ORDER

PER CURIAM.

Now, on this day, April 3, 1984, the order of March 20, 1984, denying the petition for allowance of appeal is vacated, and the petition for allowance of appeal is granted.